IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAOTO THOMAS            :
    Plaintiffs,
                                            Case No. 3:24-cv-227
v.                      :
                                            JUDGE WALTER H. RICE
REBECCA ERVIN, et al.,
    Defendants.        :

---

DECISION AND ENTRY DISMISSING CASE WITHOUT PREJUDICE
FOR FAILING TO PAY FILING FEE; TERMINATION ENTRY

---

The Complaint in this action was filing on August 19, 2024. Plaintiff Daoto Thomas ("Plaintiff") failed to either pay the filing fee or file a motion for leave to proceed in forma pauperis. On August 19, 2024, the Clerk's Office of this Court notified Plaintiff through regular mail of this discrepancy and instructed Plaintiff to rectify this error by September 18, 2024. When Plaintiff failed to respond, this Court issued an Order to Show Cause, Doc. #3, for why the case should not be dismissed for want of prosecution and set the response date as October 24, 2024. No response was ever filed.

Because Plaintiff has not paid the filing fee as required by 28 U.S.C. § 1914(a), and because Plaintiff has not shown good cause for the failure to do so, dismissal is mandated.

The captioned case is DISMISSED WITHOUT PREJUDICE and is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: October 30, 2024

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE